FILED

13 SEP 23 PM 12: 14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEA DUNN, an individual; A.B., a minor, by and through his guardian ad litem,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SAN DIEGO, a public entity, et al.,<br><br>Defendants. | CASE NO. 13cv0209-JAH(KSC)<br><br>ORDER GRANTING PLAINTIFFS' REQUEST FOR AN ORDER COMPELLING DEFENDANTS TO PROVIDE PLAINTIFFS WITH THE LAST KNOWN ADDRESS OF A FORMER EMPLOYEE WHO IS NAMED AS A DEFENDANT IN THIS ACTION [Doc. No. 29.] |

Before the Court is the parties' Joint Motion for Resolution of Issue Relating to Discovery. [Doc. No. 29.] The issue presented in the Joint Motion is whether defendant County of San Diego should be ordered to provide plaintiffs with the last known address of its former employee Gia Alarie, who is a named defendant in this action, so that plaintiffs can serve her with a summons and the Complaint. The County of San Diego contends that the last known address for Gia Alarie is contained in her personnel file, so it is confidential. As a result, the County of San Diego argues that it should not be compelled to provide it to plaintiffs. Despite investigation, plaintiffs have been unable to locate and serve Ms. Alarie. Plaintiffs argue they are entitled to discover Ms. Alarie's last known address, because the County of San Diego listed her as a witness in its initial disclosures.

Plaintiffs are correct. As part of initial disclosures under Federal Rule 26(a)(1)(A), a party "***must***" provide to other parties "the name and, if known, the address and telephone number of each individual likely to have discoverable information–that the disclosing party may use to support it claims or defenses. . . ." Fed.R.Civ.P. 26(a)(1)(A)(i). [Emphasis added.] In support of their position, plaintiffs have submitted evidence showing that the County of San Diego did, indeed, include Gia Alarie as a witness in its initial disclosures. However, it did not provide an address or a telephone number for any of its witnesses.

Based on the foregoing, this Court finds that plaintiffs are entitled to an order compelling defendant County of San Diego to provide them with the last known address of defendant Gia Alarie. Accordingly, IT IS HEREBY ORDERED THAT defendant County of San Diego shall no later than ***September 30, 2013*** provide plaintiffs with the last known address and telephone number of defendant Gia Alarie or agree to accept service of process on her behalf under Federal Rule of Civil Procedure 4(e)(2)(C).

IT IS SO ORDERED.

Date: _Sept. 23_, 2013

KAREN S. CRAWFORD
United States Magistrate Judge